EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* HUMBERTO ZAPATA y CECILIO ACEVEDO, acusados y apelantes.

Núm. 11451.—*Sometido:* Junio 17, 1946. *Resuelto:* Junio 27, 1946.

*Manuel Torres Reyes,* abogado de los apelantes; *Hon. Procurador General E. Campos Del Toro, Luis Negrón Fernández,* Primer Procurador General Auxiliar, *y J. Correa Suárez,* Fiscal Auxiliar del Tribunal Supremo, abogados de El Pueblo, apelado.

EL JUEZ ASOCIADO SEÑOR DE JESÚS emitió la opinión del tribunal.

Los apelantes fueron sentenciados por un delito de adulteración de leche consistente en que en un café restaurante donde se vendían comidas, café y bebidas, del cual era dueño Humberto Zapata y mozo el coacusado Cecilio Acevedo, tenían y ofrecían en venta para el consumo humano leche adulterada con agua, añadida artificialmente.

██ La prueba revela que la leche se tenía en el restaurante para servirla en el café a los parroquianos; que mientras los inspectores estuvieron allí no se realizó ninguna venta de leche, y que dicho artículo hacía poco tiempo había sido recibido en el establecimiento.

En el caso de *Pueblo v. Morillo,* 50 D.P.R. 737 este Tribunal expresó duda con respecto a la responsabilidad criminal de un empleado de un establecimiento igual al de este caso, que no efectúa venta alguna de leche adulterada, aunque en el establecimiento se exponga a la venta dicho artículo. En aquel caso se dió el beneficio de la duda al acusado y se le absolvió libremente. En éste podemos decir que el mozo de un restaurante, quien no ha vendido la leche, aunque el establecimiento esté abierto al público para hacer transacciones, no es responsable de ese delito. No se aplica la misma regla al dueño del establecimiento, quien por ser dueño del negocio es responsable del delito aunque no se halle presente ni se haya realizado de hecho una venta, siempre que el establecimiento esté abierto al público. *Pueblo v. González,* 63 D.P.R. 144, 146.

*Se revoca la sentencia en cuanto al apelante Cecilio Acevedo absolviéndosele libremente y se confirma en cuanto al dueño del establecimiento Humberto Zapata.*